**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01445-LTB-CBS

TANYA BOYETTE,

       Plaintiff,

v.

WARREN PERFORMANCE HORSES, LLLP, a Colorado limited liability limited partnership,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 7 - filed March 2, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs except as noted in the parties' Settlement Agreement.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:   March 6, 2007